UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06-81137-CIV-RYSKAMP/VITUNAC

KIM ALBERTI, on her own behalf
and others similarly situated,

    Plaintiff,

v.

ARCHIE'S SEABREEZE, INC.,
a Florida Corporation, and
PATTY MCGEE, individually,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' REQUEST FOR ATTORNEY'S FEES

THIS MATTER is before the Court upon Plaintiff's Motion to Strike **[DE 8]** filed on January 17, 2007.  Defendant was to respond by January 31, 2007 but failed to do so.

Plaintiff argues that Defendants' request for attorney's fees should be stricken from the answer under Rule 12(f).  Plaintiff argues that there are no circumstances under which a defendant in a FLSA case can obtain attorney's fees if they are a prevailing party.  This is incorrect.  In FLSA cases, a court can award a defendant attorney's fees if the defendant can prove that the plaintiff litigated the case in bad faith.  *Turlington v. Atlanta Gas Light Co.*, 135 F.3d 1428, 1437 (11th Cir. 1998).  Thus, there are circumstances in which a defendant can obtain attorney's fees as a prevailing party in a FLSA action.

The Court having reviewed the record and being advised on the premises, it is hereby

ORDERED AND ADJUDGED that the Plaintiff's Motion to Strike is **[DE 8]** DENIED.

DONE AND ORDERED in West Palm Beach County, Florida this 14 day of February, 2007.

                                            /s/ Kenneth L. Ryskamp
                                        U.S. DISTRICT COURT JUDGE
                                        KENNETH L. RYSKMAP

Copies furnished to:
Keith M. Stern, Esquire
Joseph J. Mancini, Esquire